STATE OF CONNECTICUT *v.* LAWRENCE R. SMITH

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 83 Conn. App. 411 (AC 23426), is denied.

*Proloy K. Das*, deputy assistant state's attorney, in support of the petition.

*James B. Streeto*, assistant public defender, in opposition.

Decided November 4, 2004

STATE OF CONNECTICUT *v.* GARFIELD CAMPBELL

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 648 (AC 23110), is denied.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Erik T. Lohr*, special deputy assistant state's attorney, in opposition.

Decided November 4, 2004

LISA LIND-LARSEN *v.* FLEET NATIONAL BANK OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 1 (AC 23503), is denied.

*Lisa Lind-Larsen*, pro se, in support of the petition.

*Craig S. Taschner* and *Michele D. Sensale*, in opposition.

Decided November 4, 2004